**E-FILED**
Monday, 15 December, 2008  09:20:19 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **PEOPLE OF THE STATE OF ILLINOIS,** | ) | |
| *ex. rel.* **LISA MADIGAN,** | ) | |
| **Attorney General of the State of Illinois,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No.: 3:08-cv-03050-JES-BGC** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **HEMI GROUP, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO AMEND DECISION
TO ADD CERTIFICATION FOR INTERLOCUTORY APPEAL
PURSUANT TO 28 U.S.C. § 1292 (b)**

The Plaintiff, PEOPLE OF THE STATE OF ILLINOIS *ex. rel.* Lisa Madigan, Attorney

General, by the Office of the Attorney General, for its response to the Motion to Amend

Decision to Add Certification for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292 (b) filed by

the Defendant, HEMI GROUP, LLC, respectfully defers to the judgment of this Court.

Respectfully submitted,

Dated: December 15, 2008               THE STATE OF ILLINOIS

By:    */s/* Marilyn A. Kueper
LISA MADIGAN

Attorney General of the State of Illinois

Marilyn A. Kueper
Katherine M. Johnson
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 785-8541
(217) 524-4701 - fax

**Certificate of Service**

I hereby certify that on December 15, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Randolph "Dolph" Barnhouse
LUEBBEN JOHNSON & BARNHOUSE LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107

Mary Lee Leahy
Leahy Law Offices
308 East Canedy Street
Springfield, Illinois 62703-2202

*Attorneys for the Defendant*


     */s/* **Marilyn A. Kueper**
**Marilyn A. Kueper**
**Katherine M. Johnson**
**Assistant Attorneys General**
**Office of the Illinois Attorney General**
**500 South Second Street**
**Springfield, Illinois 62706**
**(217) 785-8541 (telephone)**
**(217) 524-4701 (facsimile)**
**mkueper@atg.state.il.us (e-mail)**
**kjohnson@atg.state.il.us (e-mail)**